LINUS RHOADES, PLAINTIFF-PETITIONER, v.
THOMAS F. SHEBELL, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Edelstein & Edelstein,* for the petitioner.

*Mr. Carl Olsan,* for the respondent.

May 3, 1966. Denied.

459 CENTRAL AVENUE CORP., PLAINTIFF-PETITIONER, v.
ZONING BOARD OF ADJUSTMENT, EAST ORANGE, *ET
ALS.,* DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

See same case below: 90 *N. J. Super.* 303.

*Messrs. Mainardi & Mainardi,* for the petitioner.

*Mr. William L. Brach* and *Mr. Norman E. Scull,* for the respondents.

May 3, 1966. Denied.

ELEANOR KUR, PLAINTIFF-PETITIONER, v.
STANLEY KUR, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Rubenstein & Albert,* for the petitioner.

*Messrs. Saltzman, Swartz & Rosenberg,* for the respondent.

May 3, 1966. Denied.